NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

MAR 28 2024

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANDREW U.D. STRAW, Esquire, | No. 23-16039 |
| Plaintiff-Appellant, | D.C. No. 3:23-cv-02265-TLT |
| v. | |
| UNITED STATES OF AMERICA, | MEMORANDUM[*] |
| Defendant-Appellee. | |

Appeal from the United States District Court
for the Northern District of California
Trina L. Thompson, District Judge, Presiding

Submitted March 26, 2024[**]

Before:    TASHIMA, SILVERMAN, and KOH, Circuit Judges.

Andrew U.D. Straw appeals pro se from the district court's order dismissing

his action asserting his entitlement to a "merits decision" from the United States

Supreme Court.  We have jurisdiction under 28 U.S.C. § 1291.  We review de

novo the district court's dismissal for failure to state a claim under 28 U.S.C.

---

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

§ 1915(e)(2)(B).  *Watison v. Carter*, 668 F.3d 1108, 1112 (9th Cir. 2012).  We affirm.

The district court properly dismissed Straw's action because Straw failed to allege facts sufficient to state any plausible claim.  *See Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (to avoid dismissal, "a complaint must contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face" (citation and internal quotation marks omitted)); *see also* U.S. Const. Art. III, § 2 (delegating authority to create regulations concerning the Supreme Court's appellate jurisdiction to Congress); 28 U.S.C. § 1254(1) (setting forth writs of certiorari as the method through which a party may seek Supreme Court review).

We do not consider matters not specifically and distinctly raised and argued in the opening brief.  *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

All pending motions and requests are denied.

**AFFIRMED.**